In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-004 CR 


______________________


 

ANTHONY RAY FAULK, Appellant



V.



STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


 Jefferson County, Texas


Trial Cause No. 98135






MEMORANDUM OPINION


 Anthony Ray Faulk was convicted and sentenced on an indictment for possession of
a controlled substance. Faulk filed a notice of appeal on December 6, 2006. The trial court
entered a certification of the defendant's right to appeal in which the court certified that this
is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The trial court's certification has been provided to the Court of Appeals by the
district clerk.

 On January 4, 2007, we notified the parties that the appeal would be dismissed unless
an amended certification was filed within thirty days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 37.1. The record has not been supplemented
with an amended certification.

 Because a certification that shows the defendant has the right of appeal has not been
made part of the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 ___________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered February 14, 2007

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, J.J.